**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES GREGORY POULIN,

          Plaintiff,

-vs-                                                Case No. 6:09-cv-606-Orl-35GJK

DR. NUNEZ, DR. SMITH, CAROL BOBAY,
EXECUTIVE OFFICER OF THE ARMOR
CORRECTIONAL HEALTH,

          Defendants.
_____

## ORDER OF DISMISSAL

On May 15, 2009, the Court ordered Plaintiff to file a second amended complaint within twenty days from the date of the Order (Doc. No. 7). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 7th day of July 2009.

                                                    MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
sa 6/12
James Gregory Poulin